CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com
Internet subscribers of Cox Communications, LLC and CoxCom LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re Subpoena ) | **Case No.:** 1:23-mc |
| ) | (Copyright) |
| Internet subscribers of Cox ) | |
| Communications, LLC and CoxCom ) | DECLARATION |
| LLC ) | |
| ) | |
| ) | |
| _____ ) | |

DECLARATION PURSUANT TO 17 U.S.C. 512(h)

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney licensed to practice law in Hawai'i and Virginia and represent the owner of the copyright in the motion picture shown in the attached Exhibit "1".

2. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. §512(h)(2)(C).

1

20-023Ga

3. The purpose of the accompanying Subpoena is to obtain the identities of the alleged copyright infringers, namely the individuals who are distributing copies of the motion picture. The information obtained will be used only for the purpose of protecting the rights granted to the copyright owner.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, April 6, 2023.

        CULPEPPER IP, LLLC

        /s/ Kerry S. Culpepper
        Kerry S. Culpepper
        CULPEPPER IP, LLLC
        75-170 Hualalai Road, Suite B204
        Kailua-Kona, Hawaii 96740
        Telephone:  (808) 464-4047
        Facsimile:  (202) 204-5181
        E-Mail:  kculpepper@culpepperip.com
        Attorney for Owners/Requestors