**Exhibit "1"**

| Number | NoticesID | IP | Filehash |
|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | 592361C3D5CBE24B0C19D9A448F9EE7EE015FB1F |
| 2 | 51998269860 | 98.186.195.187 | 8360C3CF1076A2305C3FBF6D1B35A9A442636967 |
| 3 | 50781423708 | 174.72.179.158 | 7C4F75A3FAE8946A62B6265F524375666C293F2C |
| 4 | 50921146500 | 70.160.12.144 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 5 | 51643585404 | 70.189.207.108 | 6C20DCA33CC84493F29BE1ECD2AD7E5EBFF6A868 |
| 6 | 51998876640 | 98.186.195.187 | 6C20DCA33CC84493F29BE1ECD2AD7E5EBFF6A868 |
| 7 | 52252775054 | 70.161.172.138 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 8 | 52564539256 | 70.163.221.46 | 35D021DAAF4DB716A9A280ECD6F4D4FE5246C79B |
| 9 | 52806820788 | 68.230.145.56 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 10 | 52796238184 | 68.230.145.56 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 11 | 52792226610 | 70.176.239.249 | 6AD5AF766E1614DA3EB14C6D8CB20A446A63B00F |
| 12 | 52789574168 | 174.66.240.9 | 117B30F1FB138DC5EA00D29C52FFB468809C5B6A |
| 13 | 52788243934 | 184.187.165.114 | 9FBEEEF55D19F696F9D7B1D7941AB700D5F0FE16 |
| 14 | 52785566340 | 68.7.2.39 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 15 | 52776772346 | 68.102.95.159 | 3E73F38A3BB9641254E26F62074FD19053AD5652 |
| 16 | 52774730550 | 98.183.115.204 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 17 | 52773380996 | 68.224.197.234 | 34ED17BA4E71F2ECB9714DDBA5BA09DDB5DCC337 |
| 18 | 52773377312 | 174.66.240.9 | 117B30F1FB138DC5EA00D29C52FFB468809C5B6A |
| 19 | 52757493598 | 72.204.68.144 | 4E739ED0B5E1CF0B298F619622D910EF04CE57F4 |
| 20 | 52756793438 | 68.3.91.183 | 6AD5AF766E1614DA3EB14C6D8CB20A446A63B00F |
| 21 | 52756103884 | 68.230.145.56 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 22 | 52756103880 | 72.198.57.13 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 23 | 52753315808 | 70.178.250.147 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 24 | 52741370854 | 68.228.144.184 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 25 | 52736444056 | 68.14.80.187 | 7C4F75A3FAE8946A62B6265F524375666C293F2C |
| 26 | 52720803476 | 68.230.145.56 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 27 | 52720083366 | 68.108.28.168 | AC5BDABCE9A7141241D18308BDA55351C9C2A19C |
| 28 | 52717225580 | 68.108.28.168 | AC5BDABCE9A7141241D18308BDA55351C9C2A19C |
| 29 | 52701298072 | 68.227.185.58 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 30 | 52696158270 | 68.227.185.58 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 31 | 52687961702 | 68.104.33.145 | 6AD5AF766E1614DA3EB14C6D8CB20A446A63B00F |
| 32 | 52687224554 | 68.102.46.14 | 55C24892087DC5B19D74A731D7F0E5E987F9BCD2 |
| 33 | 52681997194 | 68.224.19.134 | 9FBEEEF55D19F696F9D7B1D7941AB700D5F0FE16 |
| 34 | 52681242866 | 68.102.46.14 | 55C24892087DC5B19D74A731D7F0E5E987F9BCD2 |
| 35 | 52673633616 | 68.104.33.145 | 6AD5AF766E1614DA3EB14C6D8CB20A446A63B00F |
| 36 | 52667515036 | 50.159.142.80 | 9FBEEEF55D19F696F9D7B1D7941AB700D5F0FE16 |
| 37 | 52665210230 | 50.159.108.38 | 219524837A441F9C4F5594E0CF3CF98DAB0538C2 |
| 38 | 52658230752 | 70.177.233.82 | 468A426EE49D2B40C80E6898BA750103A9CEC3BA |
| 39 | 52650378058 | 68.102.46.14 | 55C24892087DC5B19D74A731D7F0E5E987F9BCD2 |
| 40 | 52649600964 | 68.102.46.14 | 35D021DAAF4DB716A9A280ECD6F4D4FE5246C79B |
| 41 | 52644872832 | 50.158.42.121 | 19719FE5CC48672CFB26B99D23C68283B779F670 |

| Number | NoticesID | IP | Filename |
|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | After Ever Happy (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 2 | 51998269860 | 98.186.195.187 | The Protégé (2021) AC3 5.1 ITA.ENG 1080p H265 sub ita.eng Sp |
| 3 | 50781423708 | 174.72.179.158 | Fall.2022.1080p.BluRay.H264.AAC-RARBG |
| 4 | 50921146500 | 70.160.12.144 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 5 | 51643585404 | 70.189.207.108 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 6 | 51998876640 | 98.186.195.187 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG[TGx] |
| 7 | 52252775054 | 70.161.172.138 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 8 | 52564539256 | 70.163.221.46 | www.5MovieRulz.lc - Fall (2022) 1080p BluRay - (DD+5.1 - 640k |
| 9 | 52806820788 | 68.230.145.56 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 10 | 52796238184 | 68.230.145.56 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 11 | 52792226610 | 70.176.239.249 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP |
| 12 | 52789574168 | 174.66.240.9 | Fall (2022) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 13 | 52788243934 | 184.187.165.114 | Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 14 | 52785566340 | 68.7.2.39 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 15 | 52776772346 | 68.102.95.159 | Fall.2022.WebDL.2160p.DV.Hevc.HDR.DTS.ITA.E-AC3.ENG.AC3 |
| 16 | 52774730550 | 98.183.115.204 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 17 | 52773380996 | 68.224.197.234 | Fall.2022.1080p.BluRay.x265-RARBG |
| 18 | 52773377312 | 174.66.240.9 | Fall (2022) [2160p] [4K] [WEB] [5.1] [YTS.MX] |
| 19 | 52757493598 | 72.204.68.144 | Fall.2022.2160p.WEB-DL.DD5.1.HDR.H.265-EVO[TGx] |
| 20 | 52756793438 | 68.3.91.183 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP |
| 21 | 52756103884 | 68.230.145.56 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 22 | 52756103880 | 72.198.57.13 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 23 | 52753315808 | 70.178.250.147 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 24 | 52741370854 | 68.228.144.184 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 25 | 52736444056 | 68.14.80.187 | Fall.2022.1080p.BluRay.H264.AAC-RARBG |
| 26 | 52720803476 | 68.230.145.56 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 27 | 52720083366 | 68.108.28.168 | Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 28 | 52717225580 | 68.108.28.168 | Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG[TGx] |
| 29 | 52701298072 | 68.227.185.58 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 30 | 52696158270 | 68.227.185.58 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 31 | 52687961702 | 68.104.33.145 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP |
| 32 | 52687224554 | 68.102.46.14 | Fall.2022.WEB-DLRip.Rus.Dub.DD.2.0.mkv |
| 33 | 52681997194 | 68.224.19.134 | Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 34 | 52681242866 | 68.102.46.14 | Fall.2022.WEB-DLRip.Rus.Dub.DD.2.0.mkv |
| 35 | 52673633616 | 68.104.33.145 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP |
| 36 | 52667515036 | 50.159.142.80 | Fall (2022) [1080p] [BluRay] [5.1] [YTS.MX] |
| 37 | 52665210230 | 50.159.108.38 | Fall 2022 BluRay 1080p DTS AC3 x264-MgB |
| 38 | 52658230752 | 70.177.233.82 | Fall (2022) [1080p] [WEBRip] [5.1] [YTS.MX] |
| 39 | 52650378058 | 68.102.46.14 | Fall.2022.WEB-DLRip.Rus.Dub.DD.2.0.mkv |
| 40 | 52649600964 | 68.102.46.14 | www.5MovieRulz.lc - Fall (2022) 1080p BluRay - (DD+5.1 - 640k |
| 41 | 52644872832 | 50.158.42.121 | www.5MovieRulz.lc - Fall (2022) 720p BluRay - (DD+5.1 - 192k |

| Number | NoticesID | IP | Title | ISP |
|---|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | After Ever Happy | Cox Communications |
| 2 | 51998269860 | 98.186.195.187 | The Protege | Cox Communications |
| 3 | 50781423708 | 174.72.179.158 | Fall | Cox Communications |
| 4 | 50921146500 | 70.160.12.144 | Fall | Cox Communications |
| 5 | 51643585404 | 70.189.207.108 | Fall | Cox Communications |
| 6 | 51998876640 | 98.186.195.187 | Fall | Cox Communications |
| 7 | 52252775054 | 70.161.172.138 | Fall | Cox Communications |
| 8 | 52564539256 | 70.163.221.46 | Fall | Cox Communications |
| 9 | 52806820788 | 68.230.145.56 | Fall | Cox Communications |
| 10 | 52796238184 | 68.230.145.56 | Fall | Cox Communications |
| 11 | 52792226610 | 70.176.239.249 | Fall | Cox Communications |
| 12 | 52789574168 | 174.66.240.9 | Fall | Cox Communications |
| 13 | 52788243934 | 184.187.165.114 | Fall | Cox Communications |
| 14 | 52785566340 | 68.7.2.39 | Fall | Cox Communications |
| 15 | 52776772346 | 68.102.95.159 | Fall | Cox Communications |
| 16 | 52774730550 | 98.183.115.204 | Fall | Cox Communications |
| 17 | 52773380996 | 68.224.197.234 | Fall | Cox Communications |
| 18 | 52773377312 | 174.66.240.9 | Fall | Cox Communications |
| 19 | 52757493598 | 72.204.68.144 | Fall | Cox Communications |
| 20 | 52756793438 | 68.3.91.183 | Fall | Cox Communications |
| 21 | 52756103884 | 68.230.145.56 | Fall | Cox Communications |
| 22 | 52756103880 | 72.198.57.13 | Fall | Cox Communications |
| 23 | 52753315808 | 70.178.250.147 | Fall | Cox Communications |
| 24 | 52741370854 | 68.228.144.184 | Fall | Cox Communications |
| 25 | 52736444056 | 68.14.80.187 | Fall | Cox Communications |
| 26 | 52720803476 | 68.230.145.56 | Fall | Cox Communications |
| 27 | 52720083366 | 68.108.28.168 | Fall | Cox Communications |
| 28 | 52717225580 | 68.108.28.168 | Fall | Cox Communications |
| 29 | 52701298072 | 68.227.185.58 | Fall | Cox Communications |
| 30 | 52696158270 | 68.227.185.58 | Fall | Cox Communications |
| 31 | 52687961702 | 68.104.33.145 | Fall | Cox Communications |
| 32 | 52687224554 | 68.102.46.14 | Fall | Cox Communications |
| 33 | 52681997194 | 68.224.19.134 | Fall | Cox Communications |
| 34 | 52681242866 | 68.102.46.14 | Fall | Cox Communications |
| 35 | 52673633616 | 68.104.33.145 | Fall | Cox Communications |
| 36 | 52667515036 | 50.159.142.80 | Fall | Cox Communications |
| 37 | 52665210230 | 50.159.108.38 | Fall | Cox Communications |
| 38 | 52658230752 | 70.177.233.82 | Fall | Cox Communications |
| 39 | 52650378058 | 68.102.46.14 | Fall | Cox Communications |
| 40 | 52649600964 | 68.102.46.14 | Fall | Cox Communications |
| 41 | 52644872832 | 50.158.42.121 | Fall | Cox Communications |

| Number | NoticesID | IP | ClientDHTport | ClientPort |
|---:|---|---|---:|---:|
| 1 | 52235213826 | 70.161.172.138 | 34307 | 34307 |
| 2 | 51998269860 | 98.186.195.187 | 0 | 12793 |
| 3 | 50781423708 | 174.72.179.158 | 65343 | 60253 |
| 4 | 50921146500 | 70.160.12.144 | 0 | 37532 |
| 5 | 51643585404 | 70.189.207.108 | 53022 | 54433 |
| 6 | 51998876640 | 98.186.195.187 | 0 | 12681 |
| 7 | 52252775054 | 70.161.172.138 | 34307 | 34307 |
| 8 | 52564539256 | 70.163.221.46 | 0 | 6881 |
| 9 | 52806820788 | 68.230.145.56 | 0 | 6881 |
| 10 | 52796238184 | 68.230.145.56 | 0 | 56196 |
| 11 | 52792226610 | 70.176.239.249 | 62185 | 62185 |
| 12 | 52789574168 | 174.66.240.9 | 0 | 6881 |
| 13 | 52788243934 | 184.187.165.114 | 0 | 61771 |
| 14 | 52785566340 | 68.7.2.39 | 0 | 56075 |
| 15 | 52776772346 | 68.102.95.159 | 0 | 59151 |
| 16 | 52774730550 | 98.183.115.204 | 0 | 57213 |
| 17 | 52773380996 | 68.224.197.234 | 32316 | 32316 |
| 18 | 52773377312 | 174.66.240.9 | 0 | 65523 |
| 19 | 52757493598 | 72.204.68.144 | 0 | 56251 |
| 20 | 52756793438 | 68.3.91.183 | 0 | 50175 |
| 21 | 52756103884 | 68.230.145.56 | 0 | 59824 |
| 22 | 52756103880 | 72.198.57.13 | 0 | 55461 |
| 23 | 52753315808 | 70.178.250.147 | 17507 | 17507 |
| 24 | 52741370854 | 68.228.144.184 | 17591 | 17591 |
| 25 | 52736444056 | 68.14.80.187 | 55962 | 50860 |
| 26 | 52720803476 | 68.230.145.56 | 0 | 56058 |
| 27 | 52720083366 | 68.108.28.168 | 38159 | 38159 |
| 28 | 52717225580 | 68.108.28.168 | 38159 | 38159 |
| 29 | 52701298072 | 68.227.185.58 | 0 | 6881 |
| 30 | 52696158270 | 68.227.185.58 | 0 | 6881 |
| 31 | 52687961702 | 68.104.33.145 | 0 | 59681 |
| 32 | 52687224554 | 68.102.46.14 | 13426 | 13426 |
| 33 | 52681997194 | 68.224.19.134 | 4322 | 60129 |
| 34 | 52681242866 | 68.102.46.14 | 13426 | 13426 |
| 35 | 52673633616 | 68.104.33.145 | 0 | 52663 |
| 36 | 52667515036 | 50.159.142.80 | 0 | 56230 |
| 37 | 52665210230 | 50.159.108.38 | 15886 | 15886 |
| 38 | 52658230752 | 70.177.233.82 | 19357 | 19357 |
| 39 | 52650378058 | 68.102.46.14 | 13426 | 13426 |
| 40 | 52649600964 | 68.102.46.14 | 62814 | 45711 |
| 41 | 52644872832 | 50.158.42.121 | 32133 | 49856 |

| Number | NoticesID | IP | Trackname |
|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | After.Ever.Happy.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].r |
| 2 | 51998269860 | 98.186.195.187 | The Protégé (2021) AC3 5.1 ITA.ENG 1080p H265 sub ita.eng Sp |
| 3 | 50781423708 | 174.72.179.158 | Fall.2022.1080p.BluRay.H264.AAC-RARBG.mp4 |
| 4 | 50921146500 | 70.160.12.144 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 5 | 51643585404 | 70.189.207.108 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 6 | 51998876640 | 98.186.195.187 | Fall.2022.720p.WEBRip.800MB.x264-GalaxyRG.mkv |
| 7 | 52252775054 | 70.161.172.138 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 8 | 52564539256 | 70.163.221.46 | www.5MovieRulz.lc - Fall (2022) 1080p BluRay - (DD+5.1 - 640I |
| 9 | 52806820788 | 68.230.145.56 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 10 | 52796238184 | 68.230.145.56 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 11 | 52792226610 | 70.176.239.249 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP.mkv |
| 12 | 52789574168 | 174.66.240.9 | Fall.2022.2160p.4K.WEB.x265.10bit.AAC5.1-[YTS.MX].mkv |
| 13 | 52788243934 | 184.187.165.114 | Fall.2022.1080p.BluRay.x264.AAC5.1-[YTS.MX].mp4 |
| 14 | 52785566340 | 68.7.2.39 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 15 | 52776772346 | 68.102.95.159 | Fall.2022.WebDL.2160p.DV.Hevc.HDR.DTS.ITA.E-AC3.ENG.AC3. |
| 16 | 52774730550 | 98.183.115.204 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 17 | 52773380996 | 68.224.197.234 | Fall.2022.1080p.BluRay.x265-RARBG.mp4 |
| 18 | 52773377312 | 174.66.240.9 | Fall.2022.2160p.4K.WEB.x265.10bit.AAC5.1-[YTS.MX].mkv |
| 19 | 52757493598 | 72.204.68.144 | Fall.2022.2160p.WEB-DL.DD5.1.HDR.H.265-EVO.mkv |
| 20 | 52756793438 | 68.3.91.183 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP.mkv |
| 21 | 52756103884 | 68.230.145.56 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 22 | 52756103880 | 72.198.57.13 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 23 | 52753315808 | 70.178.250.147 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 24 | 52741370854 | 68.228.144.184 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 25 | 52736444056 | 68.14.80.187 | Fall.2022.1080p.BluRay.H264.AAC-RARBG.mp4 |
| 26 | 52720803476 | 68.230.145.56 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 27 | 52720083366 | 68.108.28.168 | Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG.mkv |
| 28 | 52717225580 | 68.108.28.168 | Fall.2022.1080p.WEBRip.1400MB.DD5.1.x264-GalaxyRG.mkv |
| 29 | 52701298072 | 68.227.185.58 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 30 | 52696158270 | 68.227.185.58 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 31 | 52687961702 | 68.104.33.145 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP.mkv |
| 32 | 52687224554 | 68.102.46.14 | Fall.2022.WEB-DLRip.Rus.Dub.DD.2.0.mkv |
| 33 | 52681997194 | 68.224.19.134 | Fall.2022.1080p.BluRay.x264.AAC5.1-[YTS.MX].mp4 |
| 34 | 52681242866 | 68.102.46.14 | Fall.2022.WEB-DLRip.Rus.Dub.DD.2.0.mkv |
| 35 | 52673633616 | 68.104.33.145 | Fall.2022.1080p.WEBRip.DD5.1.x264-NOGRP.mkv |
| 36 | 52667515036 | 50.159.142.80 | Fall.2022.1080p.BluRay.x264.AAC5.1-[YTS.MX].mp4 |
| 37 | 52665210230 | 50.159.108.38 | Fall 2022 BluRay 1080p DTS AC3 x264-MgB.mkv |
| 38 | 52658230752 | 70.177.233.82 | Fall.2022.1080p.WEBRip.x264.AAC5.1-[YTS.MX].mp4 |
| 39 | 52650378058 | 68.102.46.14 | Fall.2022.WEB-DLRip.Rus.Dub.DD.2.0.mkv |
| 40 | 52649600964 | 68.102.46.14 | www.5MovieRulz.lc - Fall (2022) 1080p BluRay - (DD+5.1 - 640I |
| 41 | 52644872832 | 50.158.42.121 | www.5MovieRulz.lc - Fall (2022) 720p BluRay - (DD+5.1 - 192Kl |

| Number | NoticesID | IP | Region | City | TimeZone |
|---|---|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | Virginia | Virginia Beach | UTC |
| 2 | 51998269860 | 98.186.195.187 | Louisiana | New Orleans | UTC |
| 3 | 50781423708 | 174.72.179.158 | Nevada | Las Vegas | UTC |
| 4 | 50921146500 | 70.160.12.144 | Virginia | Portsmouth | UTC |
| 5 | 51643585404 | 70.189.207.108 | Nevada | Las Vegas | UTC |
| 6 | 51998876640 | 98.186.195.187 | Louisiana | New Orleans | UTC |
| 7 | 52252775054 | 70.161.172.138 | Virginia | Virginia Beach | UTC |
| 8 | 52564539256 | 70.163.221.46 | Arizona | Chandler | UTC |
| 9 | 52806820788 | 68.230.145.56 | Rhode Island | Lincoln | UTC |
| 10 | 52796238184 | 68.230.145.56 | Rhode Island | Lincoln | UTC |
| 11 | 52792226610 | 70.176.239.249 | Arizona | Gilbert | UTC |
| 12 | 52789574168 | 174.66.240.9 | Oklahoma | Oklahoma City | UTC |
| 13 | 52788243934 | 184.187.165.114 | California | Santa Barbara | UTC |
| 14 | 52785566340 | 68.7.2.39 | California | National City | UTC |
| 15 | 52776772346 | 68.102.95.159 | Kansas | Wichita | UTC |
| 16 | 52774730550 | 98.183.115.204 | Oklahoma | Oklahoma City | UTC |
| 17 | 52773380996 | 68.224.197.234 | Rhode Island | West Warwick | UTC |
| 18 | 52773377312 | 174.66.240.9 | Oklahoma | Oklahoma City | UTC |
| 19 | 52757493598 | 72.204.68.144 | Arkansas | Springdale | UTC |
| 20 | 52756793438 | 68.3.91.183 | Arizona | Tempe | UTC |
| 21 | 52756103884 | 68.230.145.56 | Rhode Island | Lincoln | UTC |
| 22 | 52756103880 | 72.198.57.13 | Oklahoma | Yukon | UTC |
| 23 | 52753315808 | 70.178.250.147 | Arkansas | Bentonville | UTC |
| 24 | 52741370854 | 68.228.144.184 | Rhode Island | Pawtucket | UTC |
| 25 | 52736444056 | 68.14.80.187 | Connecticut | Cheshire | UTC |
| 26 | 52720803476 | 68.230.145.56 | Rhode Island | Lincoln | UTC |
| 27 | 52720083366 | 68.108.28.168 | Nevada | North Las Vegas | UTC |
| 28 | 52717225580 | 68.108.28.168 | Nevada | North Las Vegas | UTC |
| 29 | 52701298072 | 68.227.185.58 | Rhode Island | Lincoln | UTC |
| 30 | 52696158270 | 68.227.185.58 | Rhode Island | Lincoln | UTC |
| 31 | 52687961702 | 68.104.33.145 | Nevada | Henderson | UTC |
| 32 | 52687224554 | 68.102.46.14 | Kansas | Wichita | UTC |
| 33 | 52681997194 | 68.224.19.134 | Nevada | Las Vegas | UTC |
| 34 | 52681242866 | 68.102.46.14 | Kansas | Wichita | UTC |
| 35 | 52673633616 | 68.104.33.145 | Nevada | Henderson | UTC |
| 36 | 52667515036 | 50.159.142.80 | Nevada | Henderson | UTC |
| 37 | 52665210230 | 50.159.108.38 | Nevada | Las Vegas | UTC |
| 38 | 52658230752 | 70.177.233.82 | Virginia | Hampton | UTC |
| 39 | 52650378058 | 68.102.46.14 | Kansas | Wichita | UTC |
| 40 | 52649600964 | 68.102.46.14 | Kansas | Wichita | UTC |
| 41 | 52644872832 | 50.158.42.121 | Nevada | Las Vegas | UTC |

| Number | NoticesID | IP | Hit Date |
|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | 2023-02-19 00:03:57 |
| 2 | 51998269860 | 98.186.195.187 | 2023-02-05 09:01:56 |
| 3 | 50781423708 | 174.72.179.158 | 2022-11-16 23:54:13 |
| 4 | 50921146500 | 70.160.12.144 | 2022-11-27 03:32:01 |
| 5 | 51643585404 | 70.189.207.108 | 2023-01-16 08:10:08 |
| 6 | 51998876640 | 98.186.195.187 | 2023-02-05 09:44:59 |
| 7 | 52252775054 | 70.161.172.138 | 2023-02-20 00:25:44 |
| 8 | 52564539256 | 70.163.221.46 | 2023-03-14 03:43:42 |
| 9 | 52806820788 | 68.230.145.56 | 2023-03-28 00:08:27 |
| 10 | 52796238184 | 68.230.145.56 | 2023-03-27 09:06:01 |
| 11 | 52792226610 | 70.176.239.249 | 2023-03-27 03:08:03 |
| 12 | 52789574168 | 174.66.240.9 | 2023-03-27 00:13:44 |
| 13 | 52788243934 | 184.187.165.114 | 2023-03-26 22:06:08 |
| 14 | 52785566340 | 68.7.2.39 | 2023-03-26 18:17:12 |
| 15 | 52776772346 | 68.102.95.159 | 2023-03-26 03:50:38 |
| 16 | 52774730550 | 98.183.115.204 | 2023-03-26 02:23:30 |
| 17 | 52773380996 | 68.224.197.234 | 2023-03-26 01:04:24 |
| 18 | 52773377312 | 174.66.240.9 | 2023-03-26 01:08:55 |
| 19 | 52757493598 | 72.204.68.144 | 2023-03-25 04:04:59 |
| 20 | 52756793438 | 68.3.91.183 | 2023-03-25 00:51:10 |
| 21 | 52756103884 | 68.230.145.56 | 2023-03-25 00:47:31 |
| 22 | 52756103880 | 72.198.57.13 | 2023-03-25 00:39:21 |
| 23 | 52753315808 | 70.178.250.147 | 2023-03-24 22:27:26 |
| 24 | 52741370854 | 68.228.144.184 | 2023-03-24 07:31:17 |
| 25 | 52736444056 | 68.14.80.187 | 2023-03-24 00:28:14 |
| 26 | 52720803476 | 68.230.145.56 | 2023-03-22 22:59:13 |
| 27 | 52720083366 | 68.108.28.168 | 2023-03-23 00:17:41 |
| 28 | 52717225580 | 68.108.28.168 | 2023-03-22 21:15:50 |
| 29 | 52701298072 | 68.227.185.58 | 2023-03-22 00:17:02 |
| 30 | 52696158270 | 68.227.185.58 | 2023-03-21 17:13:45 |
| 31 | 52687961702 | 68.104.33.145 | 2023-03-21 03:55:20 |
| 32 | 52687224554 | 68.102.46.14 | 2023-03-21 05:00:45 |
| 33 | 52681997194 | 68.224.19.134 | 2023-03-20 21:30:57 |
| 34 | 52681242866 | 68.102.46.14 | 2023-03-20 21:07:05 |
| 35 | 52673633616 | 68.104.33.145 | 2023-03-20 09:47:50 |
| 36 | 52667515036 | 50.159.142.80 | 2023-03-20 02:04:38 |
| 37 | 52665210230 | 50.159.108.38 | 2023-03-19 20:45:12 |
| 38 | 52658230752 | 70.177.233.82 | 2023-03-19 14:23:25 |
| 39 | 52650378058 | 68.102.46.14 | 2023-03-19 04:00:08 |
| 40 | 52649600964 | 68.102.46.14 | 2023-03-19 02:26:23 |
| 41 | 52644872832 | 50.158.42.121 | 2023-03-18 20:17:35 |

| Number | NoticesID | IP | Additional Titles |
|---|---|---|---|
| 1 | 52235213826 | 70.161.172.138 | |
| 2 | 51998269860 | 98.186.195.187 | |
| 3 | 50781423708 | 174.72.179.158 | Mechanic: Resurrection |
| 4 | 50921146500 | 70.160.12.144 | The Protege |
| 5 | 51643585404 | 70.189.207.108 | The Hitmans Wifes Bodyguard |
| 6 | 51998876640 | 98.186.195.187 | The Protege |
| 7 | 52252775054 | 70.161.172.138 | After Ever Happy |
| 8 | 52564539256 | 70.163.221.46 | Hellboy |
| 9 | 52806820788 | 68.230.145.56 | |
| 10 | 52796238184 | 68.230.145.56 | |
| 11 | 52792226610 | 70.176.239.249 | |
| 12 | 52789574168 | 174.66.240.9 | |
| 13 | 52788243934 | 184.187.165.114 | |
| 14 | 52785566340 | 68.7.2.39 | |
| 15 | 52776772346 | 68.102.95.159 | |
| 16 | 52774730550 | 98.183.115.204 | |
| 17 | 52773380996 | 68.224.197.234 | |
| 18 | 52773377312 | 174.66.240.9 | |
| 19 | 52757493598 | 72.204.68.144 | |
| 20 | 52756793438 | 68.3.91.183 | |
| 21 | 52756103884 | 68.230.145.56 | |
| 22 | 52756103880 | 72.198.57.13 | |
| 23 | 52753315808 | 70.178.250.147 | |
| 24 | 52741370854 | 68.228.144.184 | |
| 25 | 52736444056 | 68.14.80.187 | |
| 26 | 52720803476 | 68.230.145.56 | |
| 27 | 52720083366 | 68.108.28.168 | |
| 28 | 52717225580 | 68.108.28.168 | |
| 29 | 52701298072 | 68.227.185.58 | |
| 30 | 52696158270 | 68.227.185.58 | |
| 31 | 52687961702 | 68.104.33.145 | |
| 32 | 52687224554 | 68.102.46.14 | |
| 33 | 52681997194 | 68.224.19.134 | |
| 34 | 52681242866 | 68.102.46.14 | |
| 35 | 52673633616 | 68.104.33.145 | |
| 36 | 52667515036 | 50.159.142.80 | |
| 37 | 52665210230 | 50.159.108.38 | |
| 38 | 52658230752 | 70.177.233.82 | |
| 39 | 52650378058 | 68.102.46.14 | |
| 40 | 52649600964 | 68.102.46.14 | |
| 41 | 52644872832 | 50.158.42.121 | |