COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX                              7520-0
    jcox@cfhawaii.com
ABIGAIL M. HOLDEN                        8793-0
    aholden@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:   (808) 275-3276

WINSTON & STRAWN LLP
JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
    JGolinveaux@winston.com
THOMAS J. KEARNEY (*pro hac vice* forthcoming)
    TKearney@winston.com
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone:  (415) 591-1000

Attorneys for Non-Parties
COX COMMUNICATIONS, LLC
and COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| IN RE: | CASE NO.: 1:23-mc-263-JMS-WRP |
|---|---|
| SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC, | NON-PARTIES COX COMMUNICATIONS, LLC AND COXCOM LLC'S NOTICE OF INTENT TO RESPOND TO OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION; CERTIFICATE OF SERVICE<br><br>Honorable J. Michael Seabright |

# NON-PARTIES COX COMMUNICATIONS, LLC AND COXCOM LLC'S NOTICE OF INTENT TO RESPOND TO OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Non-parties Cox Communications, LLC and CoxCom LLC (collectively, "Cox") respectfully write to provide notice to the Court of their intent to respond to Petitioner's Objections to Magistrate Judge's Findings and Recommendation to Grant John Doe's Motion to Quash 512(h) Subpoena (ECF No. 10, hereinafter the "Objections"). Cox recently received notice of the Objections, which was served via First Class Mail on September 11, 2023. Accordingly, pursuant to Local Rule 74.1(b) and Rule 6(d) of the Federal Rules of Civil Procedure, Cox intends to file a response to the Objections by no later than Thursday, September 28, 2023.

DATED: Honolulu, Hawai'i, September 26, 2023

/s/ Abigail M. Holden
JOACHIM P. COX
ABIGAIL M. HOLDEN
JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
THOMAS J. KEARNEY (*pro hac vice* forthcoming)

Attorneys for Non-Parties
COX COMMUNICATIONS, LLC
and COXCOM LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| IN RE:<br><br>SUBPOENA OF INTERNET SUBSCRIBERS OF COX COMMUNICATIONS, LLC AND COXCOM LLC, | CASE NO.: 1:23-mc-263-JMS-WRP<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing document was duly served upon the following parties via the means and on the date indicated below:

    Kerry S. Culpepper                                                                              **[VIA CM/ECF]**
    kculpepper@culpepperip.com
    CULPEPPER IP, LLLC
    75-170 Hualalai Road, Suite B204
    Kailua-Kona, Hawai'i 96740

    Attorney for Petitioners
    VOLTAGE HOLDINGS, LLC
    MILLENNIUM FUNDING, INC., and
    CAPSTONE STUDIOS CORP.

DATED: Honolulu, Hawai'i, September 26, 2023.

                                          */s/ Abigail M. Holden*
                                          JOACHIM P. COX
                                          ABIGAIL M. HOLDEN
                                          JENNIFER A. GOLINVEAUX (*pro hac vice* forthcoming)
                                          THOMAS J. KEARNEY (*pro hac vice* forthcoming)
                                          Attorneys for Non-Parties
                                          COX COMMUNICATIONS, LLC
                                          and COXCOM LLC